FILED

APR 2 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2  Name  Woodard        Marvin

3      (Last)          (First)          (Initial)

4  Prisoner Number  BOP 98908-011  Cornells Corrections # 48

5  Institutional Address  111 Taylor Street    S.F. CA 94103

6

7  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**

8

9  Marvin Woodard
   (Enter the full name of plaintiff in this action.)      )

10               vs.            )    Case No. _____
                             )    (To be provided by the Clerk of Court)

11  Cornells Corrections      )

12  Maria Richard          )  **COMPLAINT UNDER THE**
                             )  **CIVIL RIGHTS ACT,**
                             )  **Title 42 U.S.C § 1983**

13                            )

14  _____  )

15  (Enter the full name of the defendant(s) in this action)

16  *[All questions on this complaint form must be answered in order for your action to proceed..]*

17  I.    Exhaustion of Administrative Remedies.

18      [**Note:** You must exhaust your administrative remedies before your claim can go

19      forward. The court will dismiss any unexhausted claims.]

20      A.    Place of present confinement  Cornells Corrections

21      B.    Is there a grievance procedure in this institution?

22              YES (✓)    NO ( )

23      C.    Did you present the facts in your complaint for review through the grievance

24          procedure?

25              YES (✓)    NO ( )

26      D.    If your answer is YES, list the appeal number and the date and result of the

27          appeal at each level of review. If you did not pursue a certain level of appeal,

28          explain why.

COMPLAINT             - 1 -

1.  Informal appeal ___I did the resident___
    ___Grievance the only level applicable___
    ___against Cornells Correction___
2.  First formal level ___I exhausted My administrative___
    ___remedies.___
    _____

3.  Second formal level_____
    _____
    _____

4.  Third formal level _____
    _____
    _____

E.  Is the last level to which you appealed the highest level of appeal available to
    you?

            YES (✓)    NO ( )

F.  If you did not present your claim for review through the grievance procedure,

explain why._____

_____

_____

II.   Parties.

A.  Write your name and your present address. Do the same for additional plaintiffs,
    if any.

___My name is Marvin Woodard and I am currently___
___housed at Cornells Correction located at 111 Taylor___
___Street San Francisco California___

B.  Write the full name of each defendant, his or her official position, and his or her
    place of employment.

___The defendant is Maria Richard She is employed___
___by Cornells Correction as the Director of the___
___institution where I am confined.___    111 Taylor Street

COMPLAINT                                    -2-                      San Francisco Ca 94102

1

2

3

4

5   III.    Statement of Claim.

6         State here as briefly as possible the facts of your case. Be sure to describe how each

7   defendant is involved and to include dates, when possible. Do not give any legal arguments or

8   cite any cases or statutes. If you have more than one claim, each claim should be set forth in a

9   separate numbered paragraph.

10  On the 16th I received of April 2008 at about

11  6:18 Pm I wast called to receive a corresponding

12  mail from the Ninth Circuit Court. When it was

13  time for me to receive my mail I notice that on the

14  front page of envelope it stated that the mail be

15  open only in the present of the inmate. When I

16  was about to receive my mail I notice that the mail

17  was already Open. I asked for the mail to be

18  return back to Sender, and told Maria Richard that

19  I was making a Civil Complaint for Violation of my

20  First Amendment and Fourth Amendment to free from

21  unreasonble Search and Seizure.

22

23  IV.    Relief.

24         Your complaint cannot go forward unless you request specific relief. State briefly exactly

25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

26  I am requesting punitive damages in the Amount

27  of 5,000 dollar. I am requesting that in the future

28  if Cornells Court want to expect mail they must get the
inmate to Sign a Consent, and to follow the Court are
Attorney request to open mail in the inmate present

COMPLAINT                                    - 3 -

1  I Last request that the court order that I
2  be not retailiaded against.
3
4
5  I declare under penalty of perjury that the foregoing is true and correct.
6
7  Signed this  1 6 th  day of  April  , 20 08
8
9                    Marva Woodard
10                          (Plaintiff's signature)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT                        - 4 -

*Please give to Mr. Woodward thy*

# RESIDENT GRIEVANCE

NAME: Marvin Woodard

REG#: 418

RESIDENT REQUEST:

On April 16th 2008 at about 6:48 PM I was stop to receive a corresponding mail from the Ninth Circuit Court of Appeal, On the front page of envelope it was marked Confidential Open only in the Present of the inmates When I was about to receive my mail I notice that the mail was already Open, And I requested that the mail be return back to sender I believe my First and Fourth Amendments has been violated by Cornells Corrections and I am seeking that Criminal Charges be filed against Cornells ~~Contath~~ Corrections I am also Seeking Civil punitive damages in the Amount of 5,000 dollars. I am Also requesting that I be not retaliated against A copy of this grievance is being Sent to the Court I am also faxing a copy to Christopher Cruz.

_Marvin Woodard_                    4-16-08
signature of requester              date of request

RESPONSE:

Mr Woodward -
        The letter was addressed to Sacramento and forwarded to Cornell Companies It arrived with tape on the envelope. No staff at Cornell opened or altered your mail.

_Mark L Richard_                    4-16-08
Facility Director                   date of response