FILED
APR 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

)
) CV 08 2067
Plaintiff, ) CASE NO. _____
)
vs. ) PRISONER'S
) APPLICATION TO PROCEED
) IN FORMA PAUPERIS
)                                            SI
Defendant. )
_____)                (PR)

I, Marvin Woodard, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ✓ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 1,320     Net: 1,180
Employer: Goodwill

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____
7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.   Business, Profession or              Yes ✓  No ___
10          self employment
11     b.   Income from stocks, bonds,           Yes ___  No ___
12          or royalties?
13     c.   Rent payments?                       Yes ✓  No ___
14     d.   Pensions, annuities, or              Yes ___  No ___
15          life insurance payments?
16     e.   Federal or State welfare payments,   Yes ___  No ___
17          Social Security or other govern-
18          ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  __Goodwill 1,320. I pay rent to Cornell__
22  __Correction in the amount of 330.00 and Support daughter__
23  3.    Are you married?                        Yes ___  No ✓
24  Spouse's Full Name: _____None_____
25  Spouse's Place of Employment: _____None_____
26. Spouse's Monthly Salary, Wages or Income:
27  Gross $_____None_____ Net $_____None_____
28  4.    a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS         - 2 -

1    b.    List the persons other than your spouse who are dependent upon you for
2         support and indicate how much you contribute toward their support. (NOTE:
3         For minor children, list only their initials and ages. DO NOT INCLUDE
4         THEIR NAMES.).
5    _____Mariah_____$ 500.00_____
6    _____
7    5.    Do you own or are you buying a home?    Yes ____ No ✓
8    Estimated Market Value: $_____ Amount of Mortgage: $_____
9    6.    Do you own an automobile?    Yes ____ No ✓
10    Make _____ Year _____ Model _____
11    Is it financed? Yes _____ No _____ If so, Total due: $ _____
12    Monthly Payment: $ _____
13    7.    Do you have a bank account? Yes ✓ No ____ (Do not include account numbers.)
14    Name(s) and address(es) of bank: __Wells Fargo Bank_____
15    __4641 California Street_____
16    Present balance(s):  $ _____0_____
17    Do you own any cash? Yes ____ No ____ Amount: $ _____
18    Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19    market value.)   Yes ____ No ____
20    _____
21    8.    What are your monthly expenses?
22    Rent: $ ___330.00_____ Utilities: _____
23    Food: $ ___300.00_____ Clothing: __100.00_____
24    Charge Accounts:
25    Name of Account        Monthly Payment            Total Owed on This Acct.
26    _____      $ _____          $ _____
27    _____      $ _____          $ _____
28    _____      $ _____          $ _____

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___  No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11      I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16  _4-16-08_                    _Marvin Woodard_
17     DATE                        SIGNATURE OF APPLICANT
18
19
20
21
22
23
24
25
26
27
28

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 4 -

Marvin Woodland 98908-011
Cornells Corrections
111 Taylor Street
San Francisco Ca 94102

Clerk of the United States
District Court for the Northern District
450 Golden Gate Avenue Box 36069
San Francisco Ca 94102