UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN WOODARD, | No. C 08-2067 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CORNELLS CORRECTIONS<br>MARIA RICHARD, | |
| Defendants. / | |

This action is dismissed for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED AND ADJUDGED.

Dated: February 9, 2009

_____
SUSAN ILLSTON
United States District Judge